## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHANIEL TURNER,　　　　　　　:
　　　Plaintiff,　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　v.　　　　　　　　　　　　　　:　　　**CIVIL ACTION NO. 22-CV-0491**
　　　　　　　　　　　　　　　　　:
DISTRICT ATTORNEY　　　　　　　:
PHILADELPHIA COUNTY, *et al.*,　 :
　　　Defendants.　　　　　　　　 :

## ORDER

AND NOW, this / 7th day of May, 2022, upon consideration of Plaintiff Nathaniel

Turner's *pro se* Complaint (ECF No. 1) it is **ORDERED** that:

　　　1.　　The Complaint is **DISMISSED** for the reasons in the Court's Memorandum as

follows:

　　　　　　a.　All claims related to Mr. Turner's claim of failure to turn over exculpatory

　　　　　　　　evidence are **DISMISSED WITHOUT PREJUDICE** as barred by *Heck v.*

　　　　　　　　*Humphrey*, 512 U.S. 477 (1994).  Mr. Turner may reassert his *Heck* barred

　　　　　　　　claims only in the event his underlying sentence is reversed, vacated, or

　　　　　　　　otherwise invalidated; and

　　　　　　b.　All remaining claims are **DISMISSED WITH PREJUDICE.**

　　　2.　　The Clerk of Court shall **CLOSE** this case for all purposes, including statistics.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　GENE E. K. PRATTER, J.